## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## LONDON DIVISION

PATRICK JEFFRIES,

        Plaintiff,

vs.

PRUDENTIAL INSURANCE COMPANY
OF AMERICA,

        Defendant.

CASE NO. _____

REMOVED FROM PULASKI CO.
CIRCUIT COURT
CASE NO. 18-CI-195

### DEFENDANT'S NOTICE OF REMOVAL

Defendant, The Prudential Insurance Company of America ("Prudential") (incorrectly named as "Prudential Insurance Company of America"), by and through its attorneys, and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby files this Notice of Removal with respect to the above captioned case, which was filed and currently is pending in the Commonwealth of Kentucky, Pulaski County Circuit Court. In support of its Notice of Removal, Prudential states as follows:

### Background and Timeliness

1. On February 20, 2018, Plaintiff Patrick Jeffries ("Plaintiff") commenced a civil action against Prudential by filing a complaint in the Pulaski County Circuit Court, Commonwealth of Kentucky. The lawsuit is recorded on that court's docket as Case No. 18-CI-195. There are no other parties named in Plaintiff's complaint.

2. Prudential was served on February 27, 2018. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the summons and Plaintiff's complaint, which constitute "all summons, pleadings, and orders" served upon Prudential in the state court action, is attached hereto as

Exhibit A. Because Defendant has filed this Notice of Removal within thirty days of Plaintiff's service, this Notice of Removal is timely. *See* 28 U.S.C. § 1446(b).

3.     In his complaint, Plaintiff alleges that he was an employee of Armstrong World Industries, Inc. ("Armstrong"), that Prudential "supplied and issued a policy of insurance to Armstrong, where the Plaintiff obtained coverage for long-term disability ("LTD") insurance," and that he "became disabled" while working at Armstrong and is owed LTD benefits from Prudential. (Ex. A, Compl. ¶¶ 3-7.) The Plaintiff further alleges that he applied for LTD benefits with Prudential, was granted LTD benefits for a period of time, but that Prudential terminated those LTD benefits in May 2017. (Ex A., Compl., ¶¶ 9, 15, 24.) Plaintiff alleges he is entitled to LTD benefits and attorneys' fees. (Ex. A, Compl. ¶ 38.)

**Plaintiff's Claims Are Preempted By ERISA And Are Removable.**

4.     In his Complaint, Plaintiff alleges that "The LTD insurance is an employee benefit governed by the Employee Retirement Income Security Act, 29 U.S.C. § 1001 et. seq." (Ex. A, Compl. ¶ 32.) He further alleges that "This count is brought under ERISA pursuant [to] 29 U.S.C. § 1132(a)(1)(B)" and seeks damages "under 29 U.S.C. § 1132(a)(1)(B) and (g)." (Ex. A, Compl. ¶¶ 37, 38.)

5.     ERISA provides an exclusive federal cause of action for participants or beneficiaries in an ERISA plan who bring actions related to the recovery of benefits under employee benefit plans. *Metro. Life Ins. Co. v. Taylor*, 481 U.S. 58, 62-63 (1987); *Rush Prudential HMO Inc. v. Moran*, 536 U.S. 355 (2002).

6.     Accordingly, Plaintiff's Complaint, on its face, alleges a claim for benefits brought pursuant to ERISA, 29 U.S.C. § 1132(a)(1)(B), and thus alleges a claim under the laws

of the United States within the meaning of 28 U.S.C. § 1331. For this reason, this action is removable to this Court pursuant to 28 U.S.C. § 1441(a).

7. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

8. The Court thus has original jurisdiction over these claims pursuant to 28 U.S.C. § 1331, and removal is proper under 28 U.S.C. § 1441.

## Venue and Notice

9. Removal is appropriate "to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). Pursuant to 28 U.S.C. § 97(a), this Court embraces the Pulaski County Circuit Court, Commonwealth of Kentucky. Accordingly, this Court is the appropriate venue for removal of this action. 28 U.S.C. § 1441(a).

10. Prompt written notice of this Notice of Removal will be sent to Plaintiff through his counsel, and to the Clerk of Court for Pulaski County Circuit Court, Commonwealth of Kentucky as required by 28 U.S.C. § 1446(d). A copy of this notice is attached hereto as Exhibit B.

11. Should Plaintiff seek to remand this case to state court, Defendant respectfully asks that it be permitted to brief and argue the issue of this removal prior to any order remanding this case. In the event the Court decides remand is proper, Defendant respectfully requests that the Court retain jurisdiction and allow Defendant to file a motion asking this Court to certify any remand order for interlocutory review by the Sixth Circuit Court of Appeals, pursuant to 28 U.S.C. § 1292(b).

WHEREFORE, Defendant submits that this action properly is removable based on federal question jurisdiction and respectfully request that the above-described action pending against it be removed to the United States District Court for the Eastern District of Kentucky. Defendant also requests all other relief, at law or in equity, to which it justly is entitled.

DATED:   March 15, 2018			Respectfully submitted,

					THE PRUDENTIAL INSURANCE COMPANY
					OF AMERICA

					/s/ P.J. Painter
					One of Its Attorneys

Paul J. Painter
QUINTAIROS, PRIETO, WOOD
& BOYER, P.A.
9300 Shelbyville Road
Suite 400
Louisville, KY 40222
Telephone: (502) 423-6390
Facsimile: (502) 423-6391
E-mail: ppainter@qpwblaw.com

## **CERTIFICATE OF SERVICE**

I, Paul J. Painter, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing DEFENDANT'S NOTICE OF REMOVAL to be served upon the following, by depositing a copy of same in the U.S. Mail, postage prepaid, on this 15th day of March, 2018:

> Philip G. Fairbanks
> Mehr, Fairbanks & Peterson PLLC
> 201 West Short St., Ste. 800
> Lexington, KY 40507
> pgf@austinmehr.com
>
> *Attorneys for Plaintiff*

/s/ P.J. Painter
Paul J. Painter