EXHIBIT A



**Service of Process Transmittal**
02/27/2018
CT Log Number 532870895

**TO:** Jessica Roessel, Process Mgmt Analyst
PGIM Real Estate
Viewing Rights Only, 751 Broad Street
4th Floor
Newark, NJ 07102

**RE:** **Process Served in Kentucky**

**FOR:** The Prudential Insurance Company of America  (Domestic State: NJ)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | PATRICK JEFFRIES, Pltf. vs. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Dft. |
| **DOCUMENT(S) SERVED:** | Cover Sheet, Summons, Complaint |
| **COURT/AGENCY:** | Pulaski County Circuit Court, KY<br>Case # 18CI00195 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Frankfort, KY |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 02/27/2018 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED:** | Kentucky |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days following the day this paper is delivered to you |
| **ATTORNEY(S) / SENDER(S):** | PHILIP G. FAIRBANKS<br>Mehr, Fairbanks & Peterson Trial Lawyers, PLLC<br>201 West Short Street, Suite 800<br>Lexington, KY 40507<br>859-225-3731 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/28/2018, Expected Purge Date: 03/05/2018<br><br>Image SOP<br><br>Email Notification, Legal Process Unit  legal.process.unit@prudential.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 306 W. Main Street<br>Suite 512<br>Frankfort, KY 40601 |
| **TELEPHONE:** | 609-538-1818 |

Page 1 of 1 / RS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

J.S. FLYNN
CIRCUIT COURT CLERK
P.O. BOX 304
SOMERSET, KY 42502



CERTIFIED MAIL

7017 2400 0001 0813 7577

U.S. POSTAGE >> PITNEY BOWES
ZIP 42501 $ 007.41
02 4W
0000340202 FEB. 22. 2018

Prudential Ins Company of America
CT Corp. System
306 W. Main St., Ste 512
Frankfort, Ky. 40601

J.S. Flynn, Pulaski Circuit Clerk
P.O. Box 664, 50 Public Square
Somerset, KY 42501

CT CORPORATION SYSTEM
306 WEST MAIN STREET, SUITE 512
FRANKFORT, KY 40601



# KCOJ eFiling Cover Sheet

Case Number: 18-CI-00195

Envelope Number: 886094

Package Retrieval Number: 8860946487406@00000156767

Service by: Certified Mail

Service Fee: $ 0.00

Postage Fee: $ 11.98

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

Package:000001 of 000007

Presiding Judge: HON. JEFFREY THOMAS BURDETTE (628218)

Package : 000001 of 000007

| | | |
|---|---|---|
| AOC-E-105      Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice     *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **18-CI-00195**<br>Court:  **CIRCUIT**<br>County: **PULASKI** |

*Plantiff,* JEFFRIES, PATRICK VS. PRUDENTIAL INSURANCE COMPANY OF AMERIC, *Defendant*

**TO:  CT CORPORATION SYSTEM**
   **306 WEST MAIN STREET, SUITE 512**
   **FRANKFORT, KY 40601**

Memo: Related party is PRUDENTIAL INSURANCE COMPANY OF AMERICA

The Commonwealth of Kentucky to Defendant:
PRUDENTIAL INSURANCE COMPANY OF AMERICA

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

          /s/ J.S. Flynn, Pulaski Circuit Clerk
          Date: **02/20/2018**

---

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20 ____

                                                            _____
                                                                      Served By

                                                            _____
                                                                         Title

---

Summons ID: 8860946487406@00000156767
CIRCUIT: 18-CI-00195 Certified Mail
JEFFRIES, PATRICK VS. PRUDENTIAL INSURANCE COMPANY OF AMERIC



Page 1 of 1

**eFiled**

Package: 000002 of 000007    Presiding Judge: HON. JEFFREY THOMAS BURDETTE (628218)    Package: 000002 of 000007

COMMONWEALTH OF KENTUCKY
PULASKI CIRCUIT COURT
CIVIL DIVISION ____
CASE NO. _____
*Electronically Filed*

PATRICK JEFFRIES                                                              PLAINTIFF

vs.                         **COMPLAINT AND JURY DEMAND**

PRUDENTIAL INSURANCE COMPANY OF AMERICA                                       DEFENDANT

    Agent for service of process:

    CT Corporation System
    306 West Main Street
    Suite 512
    Frankfort, KY 40601

** ** ** ** ** ** ** ** ** **

1. The Plaintiff, Patrick Jeffries, is a citizen and resident of Pulaski County, Kentucky.

2. Prudential Life Insurance Company of America ("Prudential" or "Defendant") is an insurance company believed to be domiciled in the state of Arizona. Prudential's service of process agent is CT Corporation System, 306 West Main Street, Suite 512, Frankfort, KY 40601.

3. The Plaintiff had been employed at Armstrong World Industries, Inc. ("Armstrong"), working most recently in Armstrong's factory under the job title "core support."

4. The Defendant supplied and issued a policy of insurance to Armstrong, where the Plaintiff obtained coverage for long-term disability ("LTD") insurance.

5. The LTD insurance policy provides for monthly disability benefit payments, based on a percentage of Plaintiff's pre-disability earnings.

6. Benefits are payable to Plaintiff under the LTD insurance policy because he is disabled, as defined in the insurance policy, from performing his past occupation at Armstrong and any other gainful occupation.

7. The Plaintiff, while working at Armstrong, became disabled as defined in the insurance policy on or about June 18, 2007, and remains disabled.

8. The Plaintiff was and has been unable to perform the material duties of his own occupation, and any other gainful occupation, since on or about June 18, 2007, as a result of injury or sickness.

9. The Plaintiff applied for LTD benefits with the Defendant in a timely fashion, in the manner outlined in the insurance plan. The insurance company's claim number relative to Plaintiff's claim is 10983139.

10. Plaintiff provided proof that he was disabled from work, and that he was unable to perform his own occupation and any other occupation.

11. Defendant initially approved Plaintiff's claim and paid benefits from December 15, 2007, through December 14, 2009.

12. By letter dated December 11, 2009, Defendant terminated Plaintiff's LTD claim.

13. In June 2010, Plaintiff submitted a timely appeal to the Defendant, requesting that the Defendant reconsider its denial of benefits.

14. After receiving Plaintiff's appeal, Defendant again approved Plaintiff's LTD claim.

15. Defendant continued to approve and pay Plaintiff's LTD claim for the next, approximately, seven years.

16. During those seven years, Plaintiff's disabling medical conditions did not improve.

2

17.  During that time, Defendant requested that Plaintiff undergo a medical examination with a doctor of Prudential's choosing.

18.  On May 14, 2015, Plaintiff was seen by Dr. William Lester, at Prudential's request.

19.  Dr. Lester assessed permanent restrictions that confirmed Plaintiff was totally disabled.

20.  Following Dr. Lester's examination, Prudential continued to pay Plaintiff's LTD claim.

21.  In March 2017, Prudential requested that Plaintiff undergo another medical examination with a doctor of Prudential's choosing.

22.  On April 6, 2017, Plaintiff was seen by Dr. Terry Troutt, at Prudential's request.

23.  Dr. Troutt assessed restrictions and limitations that confirmed Plaintiff was totally disabled.

24.  Despite the medical evidence in Prudential's file, by letter dated May 12, 2017, Prudential terminated Plaintiff's LTD benefits.

25.  Plaintiff submitted a timely appeal of the Defendant's decision to terminate benefits and provided additional information in support of his claim, including an independent medical evaluation and a vocational report.

26.  After receiving Plaintiff's appeal, Prudential scheduled Mr. Jeffries to attend another medical examination by a doctor of Prudential's choosing.

27.  On December 27, 2017, Mr. Jeffries presented to Dr. D. Paul Harries for the medical examination scheduled by Prudential.

28.  Dr. Harries refused to perform the medical examination because of concerns over Mr. Jeffries' health status.

29. Following the appointment with Dr. Harries, Plaintiff again requested that Prudential reinstate his benefits.

30. By letter dated January 23, 2018, Prudential upheld its decision to terminate Mr. Jeffries' LTD benefits.

31. The January 23, 2018, letter, stated, "[s]ince he has now completed the first level of appeal, he may file a lawsuit under the Employee Retirement Income Security Act (ERISA)."

32. The LTD insurance is an employee benefit governed by the Employee Retirement Income Security Act, 29 U.S.C. § 1001 et seq.

33. The Plaintiff has exhausted any administrative remedies that may be required under the insurance contract and/or by law.

34. Under the terms of the insurance policy, Plaintiff is entitled to continued monthly LTD benefits until the maximum benefit duration date in the policy.

35. The Plaintiff is entitled to LTD benefits, and Defendant should be required to perform under its contract and pay benefits to Plaintiff.

## COUNT I

36. Plaintiff incorporates by reference all of the preceding paragraphs as if fully stated herein.

37. This count is brought under ERISA pursuant 29 U.S.C. § 1132(a)(1)(B) as a result of Defendant's improper denial of benefits under the plan and to recover benefits under the terms of the plan.

38. Defendant's decision to terminate benefits, and its refusal to reinstate benefits after receiving additional evidence on appeal, was wrong, arbitrary and capricious, against

the evidence provided to Defendant, and a breach of fiduciary duty, all of which entitles Plaintiff to benefits under the terms of the plan, interest, and attorney's fees under 29 U.S.C. § 1132(a)(1)(B) and (g).

39. Defendant's internal review is not subject to abuse of discretion review, and Plaintiff's claim should be reviewed de novo.

40. The damages sought are in excess of the jurisdictional limits of this Court.

WHEREFORE, Plaintiff seeks,

1. Judgment against the Defendant for full contractual benefits under the terms of the plan, attorney's fees, and prejudgment and post judgment interest.

2. Any and all other relief to which Plaintiff appears to be entitled.

3. Trial by jury.

Respectfully submitted,

/s/ *Philip G. Fairbanks*
PHILIP G. FAIRBANKS
**Mehr, Fairbanks & Peterson Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: 859-225-3731
Facsimile: 859-225-3830
pgf@austinmehr.com
*Attorney for Plaintiff*