UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| PATRICK JEFFRIES, | ) | |
| Plaintiff, | ) ) ) | Case No. 6:18-cv-00081-GFVT |
| V. | ) ) | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) ) ) | **ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Agreed Order of Dismissal. **[R. 16.]** The parties being in agreement and the Court being sufficiently advised, it is hereby **ORDERED** that all claims in this matter by Plaintiff Patrick Jeffries against Defendant Prudential Insurance Company of America, shall be, and hereby are, **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorney's fees. The parties' Joint Motion for Extension of Time **[R. 15]** is **DENIED AS MOOT**.

This the 13th day of March, 2019.

*[Signature]*

Gregory F. Van Tatenhove
United States District Judge